In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-00352-CV


____________________



BRAD P. WALL, Appellant



V.



WELLS FARGO BANK, N.A., Appellee






On Appeal from the County Court at Law No. 2 


Montgomery County, Texas


Trial Cause No. 07-07-07751 CV






MEMORANDUM OPINION


 The appellant, Brad P. Wall, and the appellee, Wells Fargo Bank, N.A., filed a joint
motion to dismiss this appeal. The motion is voluntarily made by agreement of the parties
prior to any decision of this Court. See Tex. R. App. P. 42.1(a). No other party filed notice
of appeal. We grant the motion and dismiss the appeal. 

 APPEAL DISMISSED.

 __________________________________

 CHARLES KREGER

 Justice

Opinion Delivered June 11, 2009

Before Gaultney, Kreger, and Horton, JJ.